UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN REED,

        Plaintiff

    v.                              C-1-13-351

MRS. CLAGG, *et al.*,

        Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 20) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

2

The Report and Recommendation of the United States Magistrate Judge (doc. no. 20) is hereby **ADOPTED AND INCORPORATED HEREIN BY REFERENCE**. This case is **DISMISSED** for want of prosecution and for failure to obey an Order of the Court.

This case is **DISMISSED AND TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

                                              s/Herman J. Weber
                                         **Herman J. Weber, Senior Judge**
                                            **United States District Court**